IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS, III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, ) <br> ) <br> Respondent. ) <br> ) | No. C 11-4522 JSW (PR) <br><br> **ORDER OF DISMISSAL** |

This case was opened when Petitioner, a California prisoner proceeding pro se, filed a motion to file "a late writ of habeas corpus" in the California Supreme Court. The federal courts do not have authority over the state courts, much less to authorize prisoners to file "late" state court habeas petitions. Petitioner must seek such authorization from the California Supreme Court, not the federal courts. Petitioner's motion (docket number 1) is DENIED and this case is DISMISSED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: September 27, 2011

JEFFREY S. WHITE
United States District Judge